UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HARTIGAN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>MACY'S, INC.,<br><br>        Defendant. | Case No. 20-10551<br><br>**DEFENDANT'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT** |

Defendant, Macy's, Inc. ("Macy's"), through counsel, hereby moves pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to dismiss the First Amended Class Action Complaint with prejudice. Plaintiff Robert Hartigan's ("Plaintiff") claims should be dismissed in their entirety because (1) Plaintiff has suffered no injury and therefore lacks requisite standing under Article III; and (2) Plaintiff has failed to state a claim for relief. The reasons in support of this Motion are set forth in the accompanying Memorandum of Law in Support of Macy's Motion to Dismiss Plaintiff's First Amended Class Action Complaint.

Respectfully submitted,

Dated: May 27, 2020     By:   /s/ Brenda R. Sharton
                                           Brenda R. Sharton (BBO No. 556909)
                                           David S. Kantrowitz (BBO No. 676231)
                                           GOODWIN PROCTER LLP
                                           100 Northern Avenue
                                           Boston, Massachusetts 02210
                                           Tel.:  617.570.1000
                                           Fax:  617.523.1231
                                           bsharton@goodwinlaw.com
                                           dkantrowitz@goodwinlaw.com

                                           *Attorneys for Defendant Macy's, Inc.*

## **LOCAL RULE 7.1(A)(2) CERTIFICATE**

The undersigned certifies pursuant to Local Rule 7.1(a)(2), that counsel for Defendant has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in this motion and have been unable to do so.

/s/ *Brenda R. Sharton*
Brenda R. Sharton

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on May 27, 2020 via CM/ECF and/or first class mail on all counsel or parties of record listed below:

David J. Relethford
Forrest, LaMothe, Mazow, McCullough, Yasi & Yasi PC
2 Salem Green, Suite 2
Salem, MA 01970
Email: drelethford@forrestlamothe.com

Michael C. Forrest
Forrest, LaMothe, Mazow, McCullough, Yasi & Yasi PC
2 Salem Green, Suite 2
Salem, MA 01970
Email: mforrest@forrestlamothe.com

Robert E. Mazow
Forrest, LaMothe, Mazow, McCullough, Yasi & Yasi PC
2 Salem Green, Suite 2
Salem, MA 01970
Email: rmazow@forrestlamothe.com


      /s/ *Brenda R. Sharton*
      Brenda R. Sharton