# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
ROBERT HARTIGAN, on behalf of
himself and all others similarly
situated,

        Plaintiff,

v.

MACY'S, INC.,

        Defendant.
_____

Civil Action
No. 20-10551-PBS

## ORDER OF DISMISSAL

Saris, D.J.

In accordance with the Court's Memorandum and Order, dated November 5, 2020 (Dkt. No. 35), it is hearby ORDERED, that the above-entitled action is dismissed.

11/5/2020
Date

By the Court,

/s/ Casey Baker
Deputy Clerk